IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE SANTOS, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 13-3401 |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 19th day of November, 2014, upon consideration of defendant's motion for reconsideration of this Court's Order of August 27, 2014, denying defendant's motion for summary judgment, and plaintiff's response thereto, it is hereby **ORDERED** that defendant's motion (Docket No. 17) is **GRANTED**. All claims against the City of Philadelphia are **DISMISSED WITH PREJUDICE**.

This case is **CLOSED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.